IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES WHITFIELD**                                                                         **PLAINTIFF**
**ADC #087000**

**V.**                                  **4:21-CV-00930-BSM**

**DOES**                                                                                             **DEFENDANTS**

**ORDER**

Charles Whitfield's motion to proceed *in forma pauperis* [Doc. No. 4] is denied because he has received at least three strikes under PLRA. *See Whitfield v. Little Rock Police Dept., et al.*, No. 4:00CV00023-GW; *Whitfield v. L.C. Hughes*, No. 4:00CV00281-JWC; and *Whitfield v. Pulaski County Regional Detention Facility, et al.*, No. 4:99CV00907-HW. Based on the allegations in his letter [Doc. No. 1], it does not appear that Whitfield is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

Accordingly, this case is dismissed without prejudice. If Whitfield would like to continue with this case, he must first pay the filing fee of $402 to the clerk, noting the above style and case number, within thirty days of the date of this order along with a motion to reopen this case. Upon receipt of the full filing fee and his motion, this case will be reopened. An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 29th day of October, 2021.

                                                             /s/ Brian S. Miller
                                                        UNITED STATES DISTRICT JUDGE