IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES WHITFIELD**                                                       **PLAINTIFF**
**ADC #087000**

**V.**                                         **4:21-CV-00930-BSM**

**DOES**                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of October, 2021.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE